# EXHIBIT B

# SABBATH ELEVATOR UPDATE

Dear Shareholders;

In the ballot packet which you received over the weekend, there was some incorrect and missing information. It is imperative to inform you, the shareholders, with the updated information.

- ONLY The Service elevator – on each side will be utilized.
- ONLY Operational during designated blocks of time
- ONLY Will stop at designated Floors
- ONLY maximum of 13 additional holidays
- The Sabbath Elevator will not interfere with anyone's use of it.
- ONLY When elevator project is completed

**VOTE YES**