# EXHIBIT C



**SABBATH ELEVATOR**
Please join us for an informative discussion Tuesday, April 30
2-3 p.m. & 8-9 p.m.
Social Room

The Colony can now offer a Sabbath Elevator, increasing our property values and joining our prestigious neighborhood buildings.

- The Century
- The Atrium Palace
- River Ridge

It is easy to offer residents the ability to observe the Sabbath in the manner they see fit.

The new elevators can be programmed in a way that will not inconvenience other residents.

- ONLY Service elevator – Residents can access elevator by pressing button
- ONLY Operational during designated blocks of time
- ONLY Will stop at designated floors when Residents require the service
- ONLY Maximum of 13 additional holidays
- ONLY When elevator project is completed

IT'S A WIN-WIN FOR ALL SHAREHOLDERS!!!