# EXHIBIT E

# 1530 Owners Corp.
**Financial Statements**
**Income Tax Basis**
**December 31, 2019**

**1530 Owners Corp.**
Table of Contents
December 31, 2019

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1-3 |
| **FINANCIAL STATEMENTS** | |
| Statement of Assets, Liabilities and Shareholders' Equity - Income Tax Basis | 4-5 |
| Statement of Revenues and Expenses and Supplementary Analysis - Income Tax Basis | 6 |
| Statement of Changes in Shareholders' Equity - Income Tax Basis | 7 |
| Statement of Cash Flows - Income Tax Basis | 8-9 |
| Notes to the Financial Statements - Income Tax Basis | 10-22 |
| **SUPPLEMENTARY INFORMATION** | |
| Schedule of Information on Future Major Repairs and Replacements | 23 |
| Schedule of Operating Revenues and Operating Expenses as Compared to Budget - Income Tax Basis | 24-26 |



# Independent Auditors' Report

**To the Board of Directors and Shareholders of**

**1530 Owners Corp.**

We have audited the accompanying financial statements of 1530 Owners Corp. (the "Corporation") which comprise the statement of assets, liabilities and shareholders' equity - income tax basis as of December 31, 2019 and the related statement of revenues and expenses and supplementary analysis - income tax basis and changes in shareholders' equity - income tax basis and cash flows - income tax basis for the year then ended, and the related notes to the financial statements.

### *The Board of Directors' Responsibility for the Financial Statements*

The Board of Directors' (the "Board") is responsible for the preparation and fair presentation of these financial statements in accordance with the basis of accounting that the Corporation uses for income tax purposes as described in Note 2.  The Board is also responsible for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financials statements that are free from material misstatement, whether due to fraud or error.

### *Auditors' Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America.  Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements.  The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error.  In making those risk assessments, the auditors consider internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control.  Accordingly, we express no such opinion.  An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by the Board, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

1200 Tices Lane
East Brunswick, NJ 08816
Tel: 732.846.3000

499 Seventh Avenue, 6th Floor, South
New York, NY  10018
Tel: 212.247.9000

wgcpas.com

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Corporation as of December 31, 2019 and the results of its operations and cash flows for the year then ended in accordance with the basis of accounting the Corporation uses for income tax purposes as described in Note 2.

*Report on Summarized Comparative Information*

We have previously audited the Corporation's December 31, 2018 financial statements and our report dated April 11, 2019 expressed an unqualified opinion on those audited financial statements. In our opinion, the summarized comparative information presented herein as of and for the year ended December 31, 2018, is consistent, in all material respects, with the audited financial statements from which it has been derived.

*Basis of Accounting*

We draw attention to Note 2 of the financial statements, which describes the basis of accounting. The financial statements are prepared on the basis of accounting the Corporation uses for income tax purposes, which is a basis of accounting other than accounting principles generally accepted in the United States of America. Our opinion is not modified with respect to that matter.

*Disclaimer of Opinion on Required Supplementary Information*

Accounting principles generally accepted in the United States of America require that the information on future major repairs and replacements on page 23 be presented to supplement the basic financial statements. Such information, although not a part of the basic financial statements, is required by the Financial Accounting Standards Board, who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of the Board about the methods of preparing the information and comparing the information for consistency with their responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

**Report on Other Supplementary Information**

Our audit was conducted for the purpose of forming an opinion on the financial statements as a whole. The supplementary information shown on pages 24 through 26 is presented for purposes of additional analysis and is not a required part of the financial statements. Such information is the responsibility of the Board, and except for the portion marked "unaudited" was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. That information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, that information is fairly stated in all material respects in relation to the financial statements as a whole. The information marked "unaudited" has not been subjected to the auditing procedures applied in the audit of the financial statements and, accordingly, we do not express an opinion or provide any assurance on it.

*[Signature]*

East Brunswick, New Jersey

May 12, 2020

**1530 Owners Corp.**
**Schedule of Operating Revenues and Operating Expenses**
**as Compared to Budget - Income Tax Basis**
**For the Year Ended December 31, 2019**

|  | Actual | (Unaudited) Budget | Better or (Worse) Than Budget |
|---|---:|---:|---:|
| **Operating Revenues** | | | |
| Tenant-shareholders' maintenance | $ 10,197,004 | $ 10,194,072 | $ 2,932 |
| Maintenance collected for principal payments on mortgage debt | (933,623) | (933,623) | - |
| Parking fee income | 704,222 | 711,000 | (6,778) |
| Antenna and lease income | 521,698 | 516,750 | 4,948 |
| Cable income | 459,920 | 459,747 | 173 |
| Other revenues and fees | 253,005 | 208,460 | 44,545 |
| Laundry fees | 69,600 | 69,600 | - |
| Investment income | 3,619 | 8,000 | (4,381) |
| **Total Operating Revenues** | 11,275,445 | 11,234,006 | 41,439 |
| **Operating Expenses** | | | |
| **Mortgage Interest** | 1,084,902 | 1,084,897 | (5) |
| **Real Estate Taxes** | 3,959,973 | 3,972,000 | 12,027 |
| **On-Site Management** | 313,515 | 290,000 | (23,515) |
| **Management Services** | 130,000 | 132,000 | 2,000 |
| **Insurance** | 440,322 | 449,000 | 8,678 |
| **Administrative** | | | |
| Legal fees | 68,187 | 26,000 | (42,187) |
| Miscellaneous | 64,560 | 41,500 | (23,060) |
| Office expenses | 56,252 | 55,000 | (1,252) |
| Audit and accounting services | 53,555 | 35,000 | (18,555) |
| Litigation costs | 33,211 | 10,000 | (23,211) |
| Social committee | 31,193 | 15,000 | (16,193) |
| Licenses and permits | 29,679 | 8,000 | (21,679) |
| Telephone | 16,436 | 10,000 | (6,436) |
| Amortization of bond premium | 12,919 | - | (12,919) |
| Engineering fees | 5,050 | 8,000 | 2,950 |
| Postage and photocopying | 3,408 | 6,000 | 2,592 |
| Corporate taxes | 2,479 | 32,000 | 29,521 |
| Sales tax | 2,400 | 5,000 | 2,600 |
| Bank fees | 1,036 | 800 | (236) |
| Bad debt expense | - | 4,000 | 4,000 |
| **Total Administrative** | 380,365 | 256,300 | (124,065) |

24

**1530 Owners Corp.**
**Schedule of Operating Revenues and Operating Expenses**
**as Compared to Budget - Income Tax Basis**
**For the Year Ended December 31, 2019**

|  | Actual | (Unaudited) Budget | Better or (Worse) Than Budget |
|---|---:|---:|---:|
| **Operating Expenses (Continued)** |  |  |  |
| **Maintenance, Supplies and Services** |  |  |  |
| Pool management | 242,967 | 265,000 | 22,033 |
| Repairs and maintenance | 178,243 | 197,000 | 18,757 |
| HVAC contract and maintenance | 63,224 | 67,000 | 3,776 |
| Landscaping contract | 57,032 | 60,500 | 3,468 |
| Painting | 33,106 | 69,086 | 35,980 |
| Equipment leasing | 27,673 | 20,000 | (7,673) |
| Snow removal | 25,986 | 27,000 | 1,014 |
| Uniforms | 22,501 | 28,000 | 5,499 |
| Electrical repairs | 21,300 | 20,000 | (1,300) |
| Boiler/burner | 20,249 | 34,500 | 14,251 |
| Pool repairs | 19,233 | 23,500 | 4,267 |
| Trash removal | 15,645 | 14,000 | (1,645) |
| Fire safety contract | 14,291 | 20,000 | 5,709 |
| Water treatment contract | 14,180 | 24,000 | 9,820 |
| Insurance claim expense | 13,331 | 10,000 | (3,331) |
| Plumbing repairs and supplies | 11,992 | 37,000 | 25,008 |
| Security | 7,788 | 8,000 | 212 |
| Exterminating | 6,072 | 6,500 | 428 |
| Elevator contract and repairs | 4,516 | 22,000 | 17,484 |
| Key locks | 3,650 | 5,000 | 1,350 |
| Compactor maintenance | 3,154 | 4,500 | 1,346 |
| Irrigation | 2,046 | - | (2,046) |
| Light bulbs | 1,053 | 2,000 | 947 |
| **Total Maintenance, Supplies and Services** | 809,232 | 964,586 | 155,354 |
| **Garage Expense** | 711,805 | 706,500 | (5,305) |
| **Payroll and Related Expenses** |  |  |  |
| Salaries and wages | 1,345,180 | 1,383,561 | 38,381 |
| Hospitalization | 368,428 | 402,608 | 34,180 |
| Payroll taxes | 121,984 | 134,807 | 12,823 |
| Pension expense | 32,636 | 34,000 | 1,364 |
| Payroll service | 8,926 | 9,000 | 74 |
| **Total Payroll and Related Expenses** | 1,877,154 | 1,963,976 | 86,822 |