# EXHIBIT G

-----Original Message-----
From: jenifer.garcia@fsresidential.com
To: doctorwu18@aol.com
Sent: Fri, Jul 24, 2020 6:21 pm
Subject: 1530 Owners Corp / The Colony / Upcoming Cancellation of Sabbath Elevator Service



FirstService
RESIDENTIAL

July 24, 2020

**To:     Colony Residents**

**From:  The Colony Board of Directors**

- ¾ Moe Marshall, President
- ¾ Ellen Gerber, Vice President
- ¾ Ken Lipke, Treasurer
- ¾ Carol Lichtbraun, Secretary
- ¾ Justin Wimpfheimer, Director
- ¾ Patricia Di Constanzo, Director
- ¾ Mark O'Neill, Director

**Re:    Termination of Sabbath Elevator Service**

---

The Colony undertook a very necessary complete replacement of the elevators in October 2017 at a cost of 2.7 million dollars. The project addressed the motors, hoist cables, cabs, and controllers. Due to the high cost of the project it did not include the replacement of the (4) Passenger and (2) Service car outer elevator doors and associated closing hardware which were evaluated to be in fair condition with a potential life span of ten years. The new controllers that were installed allowed for programming of a Shabbos mode. A non-binding resolution for a Shabbos elevator trial was passed by shareholders. The Board agreed to evaluate the impact of this trial on the elevator equipment and building operations.

The initial Shabbos trial has brought to light several issues:

**1.  The additional time necessary to operate the elevators caused extra stress from opening and closing the elevator doors during**

the Shabbos mode which included not just Friday night and Saturday but many more holidays. This has led to mechanical issues and increased service calls for the 198 front hallway doors, and 66 double doors in compactors rooms which will cost over one million dollars to replace.

2. There has been an impact on building food and package deliveries.

3. Cleaning schedules and garbage removal have been delayed.

4. Residents have complained about longer elevator wait times, carts in the passenger elevators and delayed outside deliveries. The ongoing pandemic has only magnified these issues.

These problems led to the Board and Management to investigate the logistics and cost to replace the elevator outer doors. We consulted with several elevator companies and consultants in the industry. As mentioned above, there are 198 front opening elevator door panels in the hallways and 66 side double doors in the compactor rooms in our building. The cost to the Colony of over 1 million dollars to upgrade mechanicals and replace these doors would necessitate a one-time shareholder assessment of $5 per share. This averages a charge of $2,500 to $10,000 per apartment depending on size. In addition, the work would cause major disruption to building elevator operations for about 8 – 12 months creating dust, noise and longer wait times.

This matter has financial and operational repercussions we do not want or need to undertake at this time. Therefore, we intend to take every step to prolong the functionality of the elevator doors and maintain a high level of service for our building and residents.

The Board has made the difficult decision to terminate the Shabbos elevator service as of **Monday, August 3, 2020**. We ask that you respect the decision of those representing the best interests of the Colony residents. In the past, a small group of shareholders has mentioned potential lawsuits against the Board and Management when the option of discontinuing the Shabbos elevator was mentioned. We hope residents would not want to be a party to an unjustified lawsuit which would lead to legal fees that would be

assessed against all shareholders.

We thank you for your cooperation and understanding.

This message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is strictly prohibited.  Any comments or opinions expressed in this document are the opinion of the individual sender, except when specifically stated to be the views of FirstService Residential.   If you are not the intended recipient, please contact the sender by reply e-mail, forwarding all copies of the original message and any attachment(s).  Thank you.

View Attachment(s)

If the above link is not clickable please copy and paste the
link below into your browser's address window:

https://northeast.fsrconnect.com/cq07QdcO90iTbru/MTk4MDIy/mcm0onc5aq.ccl.aspx

Click here to Unsubscribe

mc: 198022