# **EXHIBIT H**

