# EXHIBIT J



Susan Joffe <sjoffe7171@gmail.com>

## Elevator assistance at the Colony
5 messages

**Susan Joffe** <sjoffe7171@gmail.com>                                           Fri, Sep 18, 2020 at 11:28 AM
To: Moe Marshall / Stephanie Kiriak <tanziainc@aol.com>, markoneill234@gmail.com, kenbiz@aol.com, Jude Odenthal <jude.odenthal@fsresidential.com>
Cc: Eric Frizzell <efrizzell@lawnj.com>
Bcc: Susan Joffe <sjoffe7171@gmail.com>

Please share this message with all of the Board members::

We were troubled by rumors that the long standing practice of staff assisting Sabbath observant shareholders with the elevator was going to be terminated. We were even more concerned when the rumors were confirmed by Jenifer. We have no way of knowing the reason for such a change in a long existing practice (more than 16 years), but can easily foresee the impact.

The impact is targeted directly at religiously observant Jewish shareholders, and especially, those who are physically disabled due to age and/or illness who cannot climb the stairs. The decision will directly interfere with shareholders' ability to attend religious services on the holiest days of the year, in addition to the Sabbath. Sadly, this act seems to follow a pattern of conduct that disadvantages religiously observant Jewiish shareholders.

The Colony is a luxury, full service building and the Board and management pride themselves on keeping it an appealing place that people want to move into. The staff is courteous and helpful. Directing the staff to suddenly withdraw a valued service from shareholders flies in the face of the Colony's goals and reputation.

We urge you to at least pause and delay any decision until after the religious holidays, to allow an opportunity for discussion and reconsideration.

During this time of pandemic, rising anti-semitism and social strife, what is needed is mutual respect and consideration, not actions that sow division.

Thank you for your consideration.
Wishing you and your families health, contentment and peace in the coming year.

Sam and Susan Joffe
8H