# EXHIBIT K

September 23, 2020

I am writing you this email to support the shareholders who are being unfairly characterized as being hostile to the aims of the Colony.
I think that the decision of the Board to not allow those few shareholders who need to observe their religious activities, unconscionable. There are only a few individuals who are affected and this will not create problems with the workers activities. After all the workers now carry packages from shareholders car to their apartments. Why should they not use this amenity? It is mean-spirited making your decision on the eve of the most important days of the year. I cannot believe that this "amenity" is going to affect the wear and tear of the elevators in the Colony.

I urge you to reconsider your decision.

Sincerely,

Herbert L. Ennis, Ph.D