# EXHIBIT M

-----Original Message-----
From: emma.hurtado@fsresidential.com
To: doctorwu18@aol.com
Sent: Tue, Nov 10, 2020 4:30 pm
Subject: 1530 Owners Corp / Letter to Shareholders

November 10, 2020

**To:         Colony Residents**
**From:     Moe Marshall, Board President     C:  Board of Directors**

 The Board of Directors has always strived to meet the needs of all Colony shareholders. These shareholders, through a democratic process, have duly elected the directors to represent individuals, safeguard the corporation and maintain fiduciary responsibility. Interestingly, the current board represents diversity in all regards and brings a wealth of experience in many professional areas. Our discussions are lively and many viewpoints are shared. In the end, decisions are reached for the betterment of the Colony based upon research, facts and feedback from a majority of shareholders whom we have been elected to represent. Each director and officer have a responsibility to maintain confidentiality while reporting to shareholders at open meetings and the annual meeting.

We are aware that a copy of an attorney's letter sent on behalf of an anonymous committee, received by each board member has been emailed to members of the "newbies" group regarding the termination of sabbath elevator services. We do not intend to repudiate each and every misstatement or innuendo in this communication. That is best left to our counsel to address if it becomes necessary.

Please know that the vote taken to terminate sabbath elevator service was based upon the board's careful deliberation. As always, we acted in the best interests of you, your neighbors and the Colony.

This message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is strictly prohibited.  Any comments or opinions expressed in this document are the opinion of the individual sender, except when specifically stated to be the views of FirstService Residential.   If you are not the intended recipient, please contact the sender by reply e-mail, forwarding all copies of the original message and any attachment(s).  Thank you.