# EXHIBIT N

**From:** Ronald Coleman (Dhillon Law)
**Sent:** Tuesday, November 24, 2020 11:11 AM
**To:** 'Alan.Trachtenberg@fsresidential.com' <Alan.Trachtenberg@fsresidential.com>; 'Cyndy.Pirrera@fsresidential.com' <Cyndy.Pirrera@fsresidential.com>
**Subject:** Discrimination complaint - The Colony, 1530 Palisade Ave., Fort Lee
**Importance:** High

Dear Mr. Trachtenberg and Ms. Pirrera,

We write in connection with attached letter send to the Board of the Colony cooperative at 1530 Palisade Avenue in Fort Lee, New Jersey. One of the issues raised in this letter is that building staff – which we understand to be employees of First Service – have evidently been instructed specifically to decline any requests for assistance with depressing elevator buttons made by Sabbath-observant residents of the building. This assistance has been rendered without complaint or issue, and in fact cheerfully and cooperatively, by these staff members for well over a decade. The claim has also been made to our clients that the reason for this change of policy involves the collective bargaining agreement between the employees' union and their employer, First Service.

Can you confirm that your employees have received such an instruction? If so, is it the policy of First Service to acquiesce to discriminatory conduct of this nature? Is this claim concerning the union contract accurate?

We will appreciate your prompt reply while our clients contemplate their next steps in connection with this troubling matter.

Ronald D. Coleman

Dhillon Law Group, Inc.

8 Hillside Avenue

Montclair, NJ 07042

973-298-1723

rcoleman@dhillonlaw.com