# EXHIBIT Q

# PLACEHOLDER FOR AUDIO FILE