# EXHIBIT R

# PLACEHOLDER FOR AUDIO FILE