# EXHIBIT S

# PLACEHOLDER FOR AUDIO FILE