# EXHIBIT T

Mr. Epstein aka Mr. White Gloves

With all due respect, you are an embarrassment and disgrace to Jews.

You have no right whatsoever to believe you are entitled to utilize the Colony staff for your own personal use to push the elevator buttons.  If feel the need to do so, simple for you and the other 11 families in the Colony needing to do so, hire a Shabbos goy at a cost of $10 per week per family. If you and the other families feel so strongly about the need to have elevator button pressers, shell out the $520 per annum and go for it.

In the meantime, I urge you and the other families to drop the claims vs. the Colony as it is costing so far over $20k in legal fees as I am sure it is costing you and the other 11 families legal fees as well. Put the money to good use and hire the Shabbos goy for a fraction of the cost.

If you were so concerned about the observance of Shabbos, why did you move into the Colony in the first place knowing full well that no Shabbos elevators existed. If were truly sincere about observing the Shabbos rituals, you should have moved into your own house and not in a bldg. with 400 apartments.

Lastly, with all going on in the world today, including the 556,000 deaths to date due to Coronavirus in the U.S. and worldwide deaths at almost 3M, as a supposedly observant Jew, don't you think your time can be better spent on helping people as opposed to petty things like having people push elevator buttons. As I said earlier, you are an embarrassment to Jews. YOU NEED TO GET A LIFE!

A DISGRUNTLED SHAREHOLDER OF THE COLONY.