# EXHIBIT V

**LAW OFFICES OF**
**MARVIN KATZ**
**1325 Avenue of the Americas**
**27th Floor**
**New York, NY 10019**
**PHONE: (212) 486-6001**
**FAX: (212) 486-4608**
**EMAIL: marvin@mkatzlaw.net**

Mr. Samuel Jaffe
Mrs. Susan Jaffe                                               May 18, 2021
1530 Palisade Avenue, Apt. 8H
Fort Lee, N.J. 07024

Mr. and Mrs. Jaffe,

I am a shareholder/tenant in 1530 Owners Corp (Corp.)/The Colony.  As such, it has come to my attention that you have jointly filed a discrimination claim against the Corp. with the Division of Civil Rights (DCR).

Having read the claim, I believe it is totally without merit.  However, it appears that you individually and jointly intend to pursue the matter. As you are well aware, the Corp. has engaged outside counsel to represent the Corp. in this frivolous claim. As such, the Corp. has already incurred in excess of $20,000 in legal fees in connection therewith.

As a shareholder/tenant, I am extremely distraught over the claim and the legal fees and costs incurred to date and paid by the Corp./shareholders and the potential legal fees and costs which may be incurred in the event you continue to pursue the claim.  Ultimately, any continuation of the claim undertaken by you could potentially result in a special assessment to shareholders to cover the legal fees and costs.

As mentioned above, your actions have caused me a certain amount of emotional distress.  Additionally, I believe that your actions amount to harassment against myself as well as the fellow shareholders of the Corp.

In the event you do not immediately discontinue the claim brought by you as described hereinabove, I shall have no alternative but to commence formal legal proceedings against each of you, individually and jointly, for emotional distress and harassment. My action shall seek both compensatory as well as punitive damages as well as all legal fees and costs incurred by me.

If I do not receive written confirmation and evidence of your discontinuation of the subject claim within five business days following your receipt of this letter, I shall immediately thereafter commence the formal legal proceedings as mentioned above.

All rights and remedies with respect to the subject matter are hereby expressly reserved.

Respectfully,
Marvin Katz

mk/fn