# EXHIBIT W


**LAW OFFICES OF**
**MARVIN KATZ**
**1325 Avenue of the Americas**
**27th Floor**
**New York, NY 10019**
**PHONE: (212) 486-6001**
**FAX: (212) 486-4608**
**EMAIL: marvin@mkatzlaw.net**

Mr. Samuel Jaffe
Mrs. Susan Jaffe
1530 Palisade Avenue, Apt. 8H
Fort Lee, N.J. 07024

June 1, 2021

Mr. and Mrs. Jaffe,

Further to my letter of May 18, 2021, since I have not received written confirmation and evidence of your discontinuation of the subject claim mentioned in said letter, please be advised that I shall commence formal legal proceedings against each of you, individually and jointly, for emotional distress and harassment. My action shall seek both compensatory as well as punitive damages as well as all legal fees and costs incurred by me.

All rights and remedies with respect to the subject matter herein are hereby expressly reserved.

Respectfully,
Marvin Katz

mk/fn