# EXHIBIT X

From: Noreply.midatlantic@fsresidential.com
Subject: Reconvened Annual Meeting
Date: Jun 1, 2021 at 4:39:15 PM
To: doctorwu18@aol.com



June 1, 2021

# REMINDER NOTICE OF RECONVENED ANNUAL MEETING OF SHAREHOLDERS

Accordingly, PLEASE TAKE NOTICE that the Reconvened Annual Meeting of Shareholders of 1530 Owners Corp. will be held tomorrow June 2nd, 2021 at 7:30 P.M. sharp via zoom webinar.

## Registration Link

https://zoom.us/webinar/register/WN_2KqmDgKgRj6mSQMtp7QJbQ

- If you have already voted you need not attend.
- No other business shall be conducted at the meeting.

This message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. Any comments or opinions expressed in this document are the opinion of the individual sender, except when specifically stated to be the views of FirstService Residential. If you are not the intended recipient, please contact the sender by reply e-mail, forwarding all copies of the original message and any attachment(s). Thank you.

Click here to Unsubscribe

mc: 233102