UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL KURLANSKY, HELAINE KURLANSKY, MARTIN EPSTEIN, HERBERT ENNIS, JUDITH ENNIS, MORDECAI APPLETON, HENRY KATZ, LILA KATZ, JOAN KATZ, GLENN KATZ, and JUDITH SINGER,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>1530 OWNERS CORP.; MOE MARSHALL, ELLEN GERBER, KENNETH LIPKE, CAROL LICHTBRAUN, JUSTIN WIMPFHEIMER, PATRICIA DI CONSTANZO, and MARK O'NEILL, Individually and as Members of the Board of Directors of 1530 Owners Corp., and; FIRSTSERVICE RESIDENTIAL,<br>　　　　　　　　　Defendants. | Civ. A. No. 2:21-cv-12770<br><br>MOTION DATE:<br>July 19, 2021<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that on Monday, July 19, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard, Paul Kurlansky, Helaine Kurlansky, Martin Epstein, Herbert Ennis, Judith Ennis, Mordecai Appleton, Henry Katz, Lila Katz, Joan Katz, Glenn Katz, and Judith Singer ("Plaintiffs") shall appear before the Honorable Claire C. Cecchi, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, and shall move this Court for a Preliminary Injunction, and shall request oral argument on their motion.

PLEASE TAKE FURTHER NOTICE that in support of their Motion, Plaintiffs shall rely upon their Brief and its attached Declarations and Exhibits, submitted concurrently herewith; any Reply papers to be submitted; and oral argument, if any. A proposed form of Order is also submitted for the Court's consideration.

Dated:  June 21, 2021                                     Respectfully submitted,

                                                            */s/ Diane Sullivan*
                                                            Diane P. Sullivan
                                                            WEIL, GOTSHAL & MANGES LLP
                                                            17 Hulfish Street, Suite 201
                                                            Princeton, New Jersey 08542
                                                            Telephone: (609) 986-1120
                                                            Facsimile: (609) 986-1199
                                                            diane.sullivan@weil.com

| | |
|---|---|
| Josh Halpern (*pro hac vice* pending) | Yehudah Buchweitz (*pro hac vice* pending) |
| josh.halpern@weil.com | yehudah.buchweitz@weil.com |
| WEIL, GOTSHAL & MANGES LLP | David Yolkut (*pro hac vice* pending) |
| 2001 M Street NW, Suite 600 | david.yolkut@weil.com |
| Washington DC 20036 | Matthew R. Friedenberg |
| (202) 682-7000 | matthew.friedenberg@weil.com |
| | Yonatan Shefa (*pro hac vice* pending) |
| | yonatan.shefa@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | (212) 310-8000 |

*Attorneys for Plaintiffs*