# EXHIBIT A

Mr. and Mrs. Jaffe,

I understand that you have filed a discrimination claim with the DCR.

As you are well aware in the letter I previously sent to Mr. White Gloves a/ka Epstein, you are both (Mr. and Mrs.) an embarrassment and disgrace to Jews. Why do you believe you are entitled to utilize the Colony staff for your own personal use to push the elevator buttons? If feel the need to do so, simple for you and the other 11 families in the Colony needing to do so, hire a Shabbos goy at a cost of $10 per week per family. If you and the other families feel so strongly about the need to have elevator button pressers, shell out the $520 per annum and go for it.

In the meantime, as I have indicated to Epstein (who was too much of a coward to use his name as the claimant), I urge you and the other families to drop the claims vs. the Colony as it is costing so far over $20k in legal fees as I am sure it is costing you and the other 11 families legal fees as well. Put the money to good use and hire the Shabbos goy for a fraction of the cost.

As your individual names are listed as the claimants (not Epstein or the other eleven families), if you do not immediately discontinue the claim, I will initiate a class action lawsuit on behalf of all the shareholders of 1530 Owner's Corp. for harassment and mental anguish. In the event of such an action, you will be personally liable for all damages awarded by a court upon a judgement rendered against you, including, but not limited to, all court costs and legal fees incurred by the plaintiff (shareholders of 1530 Owner's Corp.) as well as of course all of your own court costs and legal fees. Strongly suggest you re-think the potential <u>personal</u> repercussions for you if you continue to pursue this ridiculous claim – FINANCIAL COSTS!

Lastly, with all going on in the world today, including the 585,000 deaths to date due to Coronavirus in the U.S. and worldwide deaths at 3.3M, as a supposedly observant Jew, don't you think your time can be better spent on helping people as opposed to petty things like having people push elevator buttons?

A VERY DISGRUNTLED SHAREHOLDER OF 1530 OWNER'S CORP.