# EXHIBIT A

Print Form

---

Please arrange to pick up the Epsteins from apartment 16F

Day(s): **Saturday**

Date(s): **Dec 27, 2014**

| Time | Person |
|---|---|
| 8:10am | Mr. Epstein |
| 10:00 am | Mrs. Epstein |
| 4:00 pm | Mr. Epstein |

Thank you

---

Please arrange to pick up the Epsteins from apartment 16F

Day(s): **Saturday**

Date(s): **Dec 20, 2014**

| Time | Person |
|---|---|
| 8:10am | Mr. Epstein |
| 4:00 pm | Mr. Epstein |

Thank you