# EXHIBIT B

# ABSENTEE BALLOT
## 1530 OWNERS CORP.
## ANNUAL MEETING OF SHAREHOLDERS AND ELECTION OF DIRECTORS
### May 15, 2019

[INSTRUCTIONS: If you will not attend the annual meeting in person, or simply wish to vote prior to the meeting, you may vote by using this Absentee Ballot. Please vote for a maximum of two candidates for the Board of Directors by marking the space to the left of the name of the candidate(s) of your choice. If you vote for more than two candidates, your ballot will not be counted. Please also vote on (1) the proposed amendment to the Proprietary Lease and (2) the non-binding referendum regarding a Shabbat elevator, by checking the appropriate line. Please return this Absentee Ballot by mail or hand-delivery to: "Buckalew Frizzell & Crevina, 55 Harristown Road, Suite 205, Glen Rock, New Jersey 07452, Attention: Colony Annual Meeting", so that it is received no later than noon on May 15, 2019. Please be sure to fill in your name, apartment number, number of shares, signature, and date at the bottom of this Absentee Ballot. Any write-in candidate must be nominated at the annual meeting and accept the nomination at that time.]

**Election of Directors – Vote for up to two candidates** (Candidates are listed in alphabetical order)

Vote                                    Vote

____  Patricia DiCostanzo               ____  _____  (Write-in candidate)

____  Justin Wimpfheimer                ____  _____  (Write-in candidate)

**Amendment adding a new paragraph 18.(e) to the Proprietary Lease of 1530 Owners Corp.**
This amendment proposes a prohibition on smoking and other use of tobacco and electronic smoking products in The Colony but would grandfather existing residents who register with The Colony as smokers. For the exact terms of this proposed amendment, please refer to the amendment that was included in the annual meeting package sent to you with this Absentee Ballot.

____  I vote in favor of the amendment       ____  I vote against the amendment

**Non-Binding vote regarding Shabbat Elevator**
The Board of Directors is considering designating one of the building's elevators as a "Shabbat" elevator from sunset each Friday to sunset each Saturday. The Board is conducting this non-binding vote of shareholders in order to be informed of shareholders' preferences prior to the Board making a decision on this matter. For more details, please review the information sheet that was included in the annual meeting package sent to you with this Absentee Ballot.

____  I vote in favor of a Shabbat elevator    ____  I vote against a Shabbat elevator

---

**Only one Shareholder for an apartment needs to complete/sign here**

Number of ████████

Apt. No: ███

Name of Shareholder(s): ██████████████████████

Shareholder Signature: _____    Dated: _____