# EXHIBIT C

Marty Epstein <mepstein@gembci.com>
Mon 12/16/2019 6:08 PM

To:

- mepstein@gembci.com

20191215_Letter to Moe.docx
40 KB

December 16, 2019
6:00pm

Dear Fellow Colony Shareholder and Member of the Young Israel of Fort Lee.

It is with a great deal of sadness and substantial concern that I write to you. As the non-elected representative of those shareholders who are directly affected by the Colony Shabbat elevator program, I feel responsible to share the concerning issues that I've been confronted with since returning from my trip to Israel.

A bit of history first. Over the past three months I have been meeting with Jude Odenthal, our Building Manager, to discuss, tweak and review shareholder comments about the Shabbat elevator. You will happy to learn that Mr. Odenthal has worked with me in a most congenial and professional manner. We covered times of operation, schedule of stops and very important, shareholder comments.

Over the course of approximately three months tweaks were applied and I'm happy to report that the Shabbat elevator schedule is currently operating flawlessly. Comments and complaints registered by shareholders have been addressed both to those shareholders, as well as emails sent to all the shareholders on the Shabbat elevator list. It should be noted that the total number of complaints registered by shareholders during the three-month period, as reported to me by Mr. Odenthal was *about* 10. The majority of the complaints came on December 7th or shortly thereafter. This was most probably because an elevator on the North side of the building was out of order.

Using the above information as a background, I feel to compelled to reach out to all of you with the following disturbing information.

- My wife and I returned from Israel on November 26th
- During that week I sat with Mr. Odenthal to review the operation of the Shabbat elevator during my absence. Reading between the lines, I detected that there were some issues with the Shabbat elevator and was directed to discuss the issues with Mr. Moe Marshall.
- On my way out of the management office I bumped into Mr. Marshall. I asked him for an update. He indicated that Shabbat elevator was in trouble. Without going into specifics, I asked for a meeting to discuss the issues. He agreed.
- On Tuesday, December 3rd at 7:44pm I sent the following text to Mr. Marshall
    - *"Sorry that we didn't get together today. Please call me tomorrow so that we can arrange a convenient time to meet. Marty"*
- Mr. Marshall responded;
    - *"No problem. Can you talk to Mgmt Jude first he is working on a report. Thx  Moe"*
- My response was;
    - "*Sure. I'll stop by the office tomorrow. Would appreciate if you would give him a heads up that I'll be visiting with him."*
- Mr. Marshall's response;
    - "*Will do"*
- On Thursday, December 12th, after my meeting with Mr. Odenthal, I texted the following to Mr. Marshall;
    - *"Hi Moe. I met with Jude this evening and would like to sit down with you now. Please let me know when you will be available".*

I received confirmation on my iPhone that my message was read. I did not however receive a response from Mr. Marshall.

- By Saturday night, after Shabbat, when I still had not received any response from Mr. Marshall, I sent him the following email;
    - *"Good evening Moe.  As another Shabbat fades into the history books, I am happy to report that the Shabbat elevator has again worked with no hitches reported. When we met last week you asked that I meet with Jude first before we meet. I did, last Thursday evening. I think that you wanted to postpone our meeting until you had a chance to touch base with him. I trust that you spoke with him after I met with him. Please let me know when it would be convenient to get together. I know that you know that I*

2

> *have been pushing for Shabbat elevator for more than twelve years. A number of years ago, at a breakfast that you, my wife Gloria and I had in the Starbucks in Sunny Isles, you said that the Shabbat elevator would become a reality when the new elevator controls were installed. We have enjoyed the promised Shabbat elevator and voted on amenity for more than three months and I'd like to discuss any issues that I am not aware of with you. Thank you for your prompt consideration. Marty"*

When again I did not receive a response, I wrote a letter to Mr. Marshall. **A copy of this letter is attached to this emai**l.

My dear friends, I have patiently waited for more than twelve years for the Shabbat elevator program to be instituted at the Colony. A majority of the shares that voted on this issue, voted for the Shabbat elevator. Constant vigilance to any and all issues that have arisen have been promptly addressed. **In my opinion, there should not be a constant Sword of Damocles hanging over the heads of our Sabbath observant shareholders.**

If you agree with me, share your feelings with your friends and neighbors at the Colony. Let your voices be heard by all the members of the Board of Directors.

Just remember, your silence will just embolden those who, for whatever reason, have been, are and will always be opposed to a Shabbat elevator at our home, The Colony.

Marty Epstein


================================
This Email was sent by: Martin J. Epstein
GEM Business Consulting LLC
Please respond to: mepstein@gembci.com
================================