# EXHIBIT E

| | |
|---|---|
| **From:** | Susan Joffe |
| **To:** | Jude Odenthal; Moe Marshall / Stephanie Kiriak |
| **Cc:** | Judith Ennis; Manny & Myra Genn; Joan Katz; momofmom; Seymour Fertig; Marty/Gloria Epstein; Gary M. Krasna |
| **Subject:** | Sabbath Elevator |
| **Attachments:** | Sabbath Elevator.doc |

Good morning,

Please see below for the requested information concerning the Sabbath elevator.

Thank you for your consideration.

Best regards,
The Sabbath Elevator Committee

January 31, 2020

Dear Moe and Jude,

Thank you for the opportunity to sit down at a face to face meeting with you and the senior management staff of our home, the Colony.  You expressed the Board and building management's concerns with the wear and tear on the doors to the service elevators, which are original doors, and fifty years old.  While the doors will eventually need to be replaced, the hope is that the expense can be put off by limiting excessive opening and closing of the service elevator doors.

The committee is eager to work with you to do everything we can to allay operational concerns while keeping the Sabbath elevator a continuing benefit to its users and to the Colony, which adds value for all shareholders.

To that end, we proposed that the elevators be reprogrammed to operate as express going up from the lower level to the highest designated floor, and making stops at the designated floors only on the way down.  This will help the Sabbath mode work more efficiently while also minimizing inconvenience to non users and staff.

We have also reached out to all the Sabbath observers in the building to confirm that every stop is essential, in order to avoid any non-essential stops.  A number of Sabbath observers volunteered to do without a stop on their floor, on a year-round basis, in order to preserve this amenity for their neighbors, who are unable to walk the steps.  Eliminating these 6 stops (North 25 and South 2, 16, 18, 23 and 27) will result in a reduction of about 25% of the current stops, which will significantly reduce door openings and closings, thus easing wear and tear on the doors, and minimizing inconvenience to staff and non-users.

In addition, residents who are away for an extended time will have stops on their floors suspended during the season they are away.  This will result in 7 fewer stops during the winter months (eliminating North 1, 3, 7, 16 and South 1, 9, 21).  Taken together with the voluntary year-round reductions, during the winter months these steps will eliminate close to  40% of the current stops, which will substantially reduce wear and tear to the elevator doors and minimize any inconvenience to non-users. Shareholders who are away for the winter have agreed to provide advance notice, so that management can schedule the re-programming at a mutually convenient date, (preferably to coincide with regular elevator servicing).  Costs of reprogramming the floors upon their return, will be borne by the Sabbath elevator users, to avoid costs to the Colony.

With the above adjustments, the stops on the Sabbath mode will be as follows:

Winter months:   North Tower – 5, 8, 9, 12, 30      South Tower – 3, 4, 5, 6, 7, PH

Spring, summer & fall -  North Tower – 1, 3, 5, 7, 8, 9, 12, 16, 30
                         South Tower -  1, 3, 4, 5, 6, 7, 9, 21, PH

The committee has been evaluating schedule changes, and can modify the hours needed to a total of seven hours rather than the current nine hours.  This will pose a hardship to the Sabbath observing

shareholders, be we are prepared to curtail our needs until the appropriate deferred upgrading is made to the equipment.

However, reducing the total number of hours to less than seven would not be feasible for proper Sabbath observance, and would cause severe hardship to many of the users of the Sabbath elevator – especially the elderly, the infirm and physically challenged.  It would also render all Sabbath observers who must use the elevator at risk of violating the Sabbath, since proper observance entails not only morning, afternoon and evening services, but also Torah study, rabbi lectures and similar activities in the spirit of the Sabbath.  Accordingly, to comply with the needs of the Colony while maintaining the semblance of a Sabbath elevator, we offer the attached schedule for February and March.

The actual times will change in the course of the year, as candle-lighting times change with the calendar,  but the total number of hours will remain the same.  The committee will provide the changes in the course of the year  as often as needed and with sufficient notice.

We look forward to working together in harmony to meet the needs of Sabbath observers while minimizing any burden to non-observing shareholders and building management and staff, and extending the life of the elevator doors.  The Colony is our mutual home and we recognize the needs of all our neighbors.  We hope and trust that these concessions will result in substantial improvements.  We believe that a six month trial period would assure a fair and reasonable time to see how they adjustments are operating both during the winter months and after, when shareholders who are away for the winter return.  We trust that after the trial period, this valuable amenity will become a regular part of Colony life and increase the value for all current and future shareholders.

Thank you for your ongoing consideration