# EXHIBIT G

**From:** Marty Epstein <mepstein@gembci.com>
**Sent:** Thursday, September 17, 2020 2:58 PM
**To:** 'Moe Marshall (TanziaInc@aol.com)' <TanziaInc@aol.com>
**Subject:** Elevator Assistance

Hello Moe.

I hope that all is well with you and your family.

I was told by one of our staff today that the entire staff was instructed not to assist Sabbath observant shareholders by pushing the elevator buttons for them on the Sabbath and the Holidays. I am certain that you understand that observant Jews, by virtue of the Jewish law that they follow, are restricted to perform many actions that they regularly perform during the week and included is the prohibition to press elevator buttons on their Sabbath and Holidays.

My wife and I have lived in the Colony for sixteen years and have never had an issue of the staff being prohibited from helping Sabbath observant shareholders. The fact is, if we requested multiple deliveries on one or more days to our apartment there would be no issue.

When I heard about this issue I tried to talk to Jude. Jennifer told me that he is on vacation for two weeks. I expressed my concerns to Jennifer. Moe, please look into this and explain to the staff, if in fact there was an order to not allow staff to help our Colony Observant Jews, that it should be rescinded immediately.

As we enter into the Jewish New Year, we need more love and compassion, not strife and anger.

Gloria and I wish you and your family a very happy and healthy New Year.

Marty


================================
This Email was sent by: Martin J. Epstein
GEM Business Consulting LLC
Please respond to: mepstein@gembci.com

====================================