# EXHIBIT H

-------- Original message --------
From: Marty Epstein <mepstein@gembci.com>
Date: 9/17/20 5:17 PM (GMT-05:00)
To: 'Moe Marshall' <TanziaInc@aol.com>
Subject: FW: Elevator Assistance

Further my email to you today.

Jennifer called me and told me that it was not the staff that have imposed the 'do not help the Observant Jewish shareholders', it was the Board of Directors of the Colony.

I want to share with you that if this is not rescinded my wife and many more Colony Jewish Observant shareholders will not be able to attend services in our synagogue on the holiest days of the year.

And, if by chance some shareholders do decide to walk down the stairs in order to attend services and they misstep and fall, whose responsibility will that be?

I implore you to stay this decision and after the holidays, we can meet and work out a solution.

Please call me to discuss.

Thank you.

Marty


=================================
This Email was sent by: Martin J. Epstein
GEM Business Consulting LLC
Please respond to: mepstein@gembci.com
=================================