# EXHIBIT L PART 1

# PLACEHOLDER FOR AUDIO FILE