# EXHIBIT L PART 2

# PLACEHOLDER FOR AUDIO FILE