# EXHIBIT M

# PLACEHOLDER FOR AUDIO FILE