# EXHIBIT O

בס"ד

# YOUNG ISRAEL OF FORT LEE

1610 PARKER AVENUE FORT LEE, NJ 07024 | P. 201.592.1518 | WWW.YIFLEE.ORG

## SHABBAT PARSHAT SHELACH
### שבת פרשת שלח
### June 4 – 5, 2021

## SHABBAT SCHEDULE
### Friday, June 4
Mincha..................................6:45 p.m.

Candle Lighting by..............8:05 p.m.

### Shabbat, June 5
Parsha Class.........................8:15 a.m.

Shacharit..............................8:45 a.m.

Latest time for Shema........................9:10 a.m.

Kiddush following services

Class on Pirkei Avot.............7:15 p.m.

Mincha..................................8:20 p.m.

Seudat Shlishit

Shabbat Ends.......................9:06 p.m.

## WEEK OF LEARNING
This week's learning is sponsored by
Debbie & Lee Krantzow in memory of Lee's father,
Morton Krantzow Moshe Yaakov Ben Avraham A"H.

## YIFL Membership book
On or about July 1, 2021 an updated version of our YIFL membership booklet will be published. If you are either new to our community or want corrections/additions to your current listing in our current membership book, please complete the linked form and return it to the office ASAP. The current membership book is available as a link on our Shul Cloud. Thank you. Marty

## UPCOMING PROGRAMS

**Shabbat, June 5, 5:00 p.m.**
Women's Tea in the social hall sponsored by Leah Tager in memory of her mother, Chana Rivka bat Chaim Baruch A"H.

**Monday, June 7, 10:30 a.m.**
Join Rabbi Goldberg for a new series, *The Study of Tanach; Pshat, Drash and Everything in Between*.

**Tuesday, June 8, 10:00 a.m.**
Tai Chi class with Yitz Berger. The class meets in the shul social hall.

**Wednesday, June 9, 8:45 p.m.**
Halacha shiur with Rabbi Goldberg. This week's topic, *Halachik Issues with Making Early Shabbos*.

**Thursday, June 10, 10:30 a.m.**
Weekly parsha shiur with Rabbi Goldberg.

**Sunday, June 13, 10:00 a.m.**
Join us for our *Bouncing Back Brunch* as we celebrate our shul bouncing back – greater and stronger! Register online. Please respond generously to our annual fundraising campaign.

**Sunday, Monday & Thursday 8:45 p.m.**
Shabbos Chaburah! Join us as we study the halachot and haskafot of Shabbos.

Zoom Code: 476-779-5943. Password YIFL.

# ANNOUNCEMENTS

**מזל טוב – Mazal Tov** to Essa & Allen Bruckheimer on the Bat Mitzvah of their granddaughter Valerie (Tamima Tova) Bruckheimer of Roslyn, NY.

**מזל טוב – Mazal Tov** to Sheila and Dr. Mendy Granchow, upon the birth of a great-granddaughter to their grandchildren, Becky & Jack Ganchrow of West Hempstead NY.

**מזל טוב – Mazal Tov** to Shelia & Oscar Mohl on the graduation of their granddaughter, Dahlia Mohl, from Frisch High School.

**מזל טוב – Mazal Tov** to Judy & Herb Speiser on the graduation on their grandchildren:
Tara Davidoff from Stern College
Alex Gross from Baruch College
Jack Speiser from Frisch High school.

**מזל טוב – Mazal Tov** to Myra & Harry Wild on the graduation of their granddaughter Naomi Wild from Moriah.

*If you would like to by a permanent seat, please call Marty Epstein at 201-218-6897.



Dear Friends,
We are so excited that our Shul is returning to its pre-COVID scheduling. B' H" we will be able to thrive once again as a community with our wonderful weekly services led by our dear Rabbi, as well as the numerous learning opportunities and programs held at the Shul. We have therefore changed the date and venue for our Sisterhood annual gathering to Tuesday, July 20 at 12:30 pm. at the Shul. You can look forward to a beautiful luncheon where we can meet and greet our Sisterhood friends, as well as our new Sisterhood Presidents. We hope to see you all for this special event!

Good Shabbos,
Carole, Ruth and Joan

# PRAYER SCHEDULE
## Sunday (6/6) – Friday (6/11)
**Shacharit**
Sunday………….........……………8:00 a.m.
Monday - Wednesday……………7:30 a.m.
Thurs & Fri (Rosh Chodesh)…….7:15 a.m.
**Mincha/Maariv**
Sunday – Thursday…………………8:05 p.m.
**Friday (6/11)**
Mincha.........................................6:45 p.m.
Candles by...................….........8:05 p.m.

# MONTH OF LEARNING
This month's learning is sponsored by
Helaine & Dr. Paul Kurlansky in memory of Paul's father, Mendel Fievel ben Hirshel, and Helaine's brother, Yakov ben Avraham A"H.
&
Paula & Albert Nissim in memory of Albert's mother, Nazira Nissim & Paula's father, David Silvera A"H
&
Phyliss Eisenman and Judy Reiner in memory of their mother, Helen Goldman A"H,
&
Judy Singer and family in of Frieda Bleiberg,
Frieda bat Avraham Yehudah V'Nesha A"H,
mother, grandmother and great-grandmother.

# REFUAH SHLEMAH

**Please pray for a full recovery for the following people:**

Efriam ben Esther

Sol bat Esther

Ronit bat Neima

Mordechai Yitzhak Ben Freydel

Yehoshua Chaim ben Chana Yehudit

Shira bat Devorah Leah

Zev ben Malkah

Gittel Dina bas Henna Freida

Noach Dov ben Chana

Nuta Yitzchak ben Rachel

Chaya Sarah Bat Malka

Ariella Malkah bat Bayla Chana

Chaim Aiden Shalom ben Alta Bryna

Nacha bat Chana Esther

Chasya bat Tzirel

Avraham shimon ben sarah leah

# READING CLASS

We are planning to resume our Hebrew reading class if there is interest. We work with both beginners who can't read Hebrew at all, as well as those who want to improve their reading and davening skills. We don't focus on translation, only reading. If you're interested, contact Yitz Berger at (201)482-0522 or yitz.berger@nyu.edu.