## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL KURLANSKY, HELAINE KURLANSKY, MARTIN EPSTEIN, HERBERT ENNIS, JUDITH ENNIS, MORDECAI APPLETON, HENRY KATZ, LILA KATZ, JOAN KATZ, GLENN KATZ, and JUDITH SINGER,<br><br>               Plaintiffs,<br><br>-against-<br><br>1530 OWNERS CORP.; MOE MARSHALL, ELLEN GERBER, KENNETH LIPKE, CAROL LICHTBRAUN, JUSTIN WIMPFHEIMER, PATRICIA DI CONSTANZO, and MARK O'NEILL, Individually and as Members of the Board of Directors of 1530 Owners Corp., and; FIRSTSERVICE RESIDENTIAL,<br>               Defendants. | Civ. A. No. 2:21-cv-12770<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

THIS MATTER having been opened to the Court by Plaintiffs Paul Kurlansky, Helaine Kurlansky, Martin Epstein, Herbert Ennis, Judith Ennis, Mordecai Appleton, Henry Katz, Lila Katz, Joan Katz, Glenn Katz, and Judith Singer ("Plaintiffs"), for an Order granting Plaintiffs' Motion for a Preliminary Injunction, and the Court having considered said Motion; and the Court having considered the papers submitted by Plaintiffs in support of said Motion, and any papers submitted by Defendants 1530 Owners Corp.; Moe Marshall, Ellen Gerber, Kenneth Lipke, Carol Lichtbraun, Justin Wimpfheimer, Patricia Di Constanzo, and Mark O'Neill, Individually and as Members of the Board Of Directors Of 1530 Owners Corp.,; and Firstservice Residential ("Defendants") in opposition thereto; and for the reasons set forth in the record, and for other and good cause having been shown,

IT IS on this _____ day of _____, 2021, hereby

ORDERED that Plaintiffs' Motion for a Preliminary Injunction is hereby granted; and the Court further orders as follows:

IT IS HEREBY ORDERED, that, until the adjudication of Plaintiffs' Complaint:

(1) Defendants, and anyone acting for or in concert with Defendants, are enjoined to reverse their facially discriminatory policy of forbidding staff from pressing elevator buttons for Sabbath observant Jews on the Sabbath and Jewish holidays;

(2) Defendants, and anyone acting for or in concert with Defendants, are enjoined to restore the Sabbath elevator services ratified by the Colony's shareholders; and

(3) Defendants, and anyone acting for or in concert with Defendants, are enjoined to cease and desist from their ongoing efforts to retaliate against and interfere with Plaintiffs in the exercise of their statutory rights under federal and state fair housing law.

This Court shall retain jurisdiction to enforce the terms of this Order.

SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE