

**STARK & STARK**
ATTORNEYS AT LAW

JOHN RANDY SAWYER
DIRECT DIAL NUMBER
609-895-7387
DIRECT FAX NUMBER
609-895-7395
E-MAIL
jsawyer@stark-stark.com

OFFICE: 993 LENOX DRIVE  LAWRENCEVILLE, NJ  08648-2389

MAILING: PO BOX 5315  PRINCETON, NJ  08543-5315

609-896-9060 (PHONE)    609-896-0629 (FAX)

WWW.STARK-STARK.COM

July 1, 2021

**BY REGULAR MAIL and ELECTRONIC  FILING**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room MLK 5B
Newark, NJ 07102

    Re:    **Kurlansky et. al. v. 1530 Owners Corp., et al**
            **Civ. A. No. 2:21-cv-12770**

Dear Judge Cecchi:

This firm represents 1530 Owners Corp. in the above-referenced matter.  Our client has been served with a complaint and a motion for a preliminary injunction by Plaintiffs.  My client was served on June 23, 2021, making its answer due on July 14, 2021.  The Plaintiffs' motion was made returnable on July 19, 2021, making defendants' opposition papers due July 5, 2021.

The originally noticed motion day has not previously been extended or adjourned.  This letter is to invoke on behalf of my client Local Rule 7.1(d)(5) to adjourn the return date of the motion for a preliminary injunction one cycle.  The new return date will be August 2, 2021.  Opposition papers will now be due July 19, 2021.

Thank you for the Court's attention to this submission.

STARK & STARK
A Professional Corporation


By: *John Randy Sawyer*
       JOHN RANDY SAWYER

JRS/jrs

.